Ivander JAMES, Jr., Petitioner—
Appellant,

v.

Patricia R. STANSBERRY, Warden,
Petersburg FCC Low, Respondent—
Appellee.

No. 09–6339.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 1, 2009.

Ivander James, Jr., Appellant Pro Se. Robert P. McIntosh, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ivander James, Jr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *James v. Stansberry*, Case No. 3:08–cv–00512–RLW, 2009 WL 320606 (E.D.Va. Feb. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*